GailAnn Y. Stargardter (Bar No. 250749)
gstargardter@archernorris.com
Andrew J. King (Bar No. 253962)
aking@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620

Attorneys for Plaintiff
AMERICAN ALTERNATIVE INSURANCE CORPORATION

IT IS SO ORDERED
Judge Edward J. Davila
8/28/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL E. PANATTONI, an individual, CARRIE ANNE PANATTONI, an individual, and JOHN JOSEPH SMREKAR and ELIZABETH SMREKAR, husband and wife and the marital community comprised thereof,<br><br>Defendant. | Case No.  C 13-02845-EJD<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:    June 20, 2013<br>Judge:                     Hon. Edward J. Davila |

1  **STIPULATION**

2  Plaintiff AMERICAN ALTERNATIVE INSURANCE CORPORATION ("Plaintiff") and

3  defendants CHERYL E. PANATTONI and CARRIE ANNE PANATTONI ("Defendants"), by

4  and through their counsel of record in this action, hereby agree and stipulate as follows:

5      1. Defendants shall have a 31 day extension of time within which to file their

6  responses to Plaintiff's Complaint in this action, such that the filing deadline for Defendants'

7  responsive pleading, pursuant to the executed waivers of service of summons, of August 23, 2013

8  is hereby extended to, and including, **September 23, 2013**.

9      2. This extension will not alter the date of any other event or deadline already fixed

10 by the Court's Order Setting Initial Case Management Conference and ADR Deadlines in this

11 action.

12     IT IS SO STIPULATED

14 Dated: August 23, 2013

ARCHER NORRIS

GailAnn Y. Stargardter
Andrew J. King
Attorneys for Plaintiff
American Alternative Insurance Corporation

19 Dated: August 23, 2013

THE BIEGEL LAW FIRM

Lawrence E. Biegel, Esq.
THE BIEGEL LAW FIRM
2801 Monterey-Salinas Highway, Suite A
Monterey, CA  93940
Attorneys for Defendants,
Cheryl E. Panattoni and Carrie Anne Panattoni

M0365002/1648797-1