| | |
|---|---|
| 1 | GailAnn Y. Stargardter (Bar No. 250749) |
| | gstargardter@archernorris.com |
| 2 | Andrew J. King (Bar No. 253962) |
| | aking@archernorris.com |
| 3 | ARCHER NORRIS |
| | 2033 North Main Street, Suite 800 |
| 4 | Walnut Creek, CA  94596-3759 |
| | Telephone:     925.930.6600 |
| 5 | Facsimile:      925.930.6620 |

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila
9/3/2013

Attorneys for Plaintiff
AMERICAN ALTERNATIVE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation, | Case No.  C 13-02845-EJD |
| Plaintiff, | **STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | Complaint Filed:   June 20, 2013 |
| CHERYL E. PANATTONI, an individual, CARRIE ANNE PANATTONI, an individual, and JOHN JOSEPH SMREKAR and ELIZABETH SMREKAR, husband and wife and the marital community comprised thereof, | Judge:         Hon. Edward J. Davila |
| Defendant. | |

## STIPULATION

Plaintiff AMERICAN ALTERNATIVE INSURANCE CORPORATION ("Plaintiff") and defendants JOHN JOSEPH SMREKAR and ELIZABETH SMREKAR ("Defendants"), by and through their counsel of record in this action, hereby agree and stipulate as follows:

1. Defendants shall have a 31 day extension of time within which to file their responses to Plaintiff's Complaint in this action, such that the filing deadline for Defendants' responsive pleading, pursuant to the executed waivers of service of summons, of August 23, 2013 is hereby extended to, and including, **September 23, 2013**.

2. This extension will not alter the date of any other event or deadline already fixed by the Court's Order Setting Initial Case Management Conference and ADR Deadlines in this action.

IT IS SO STIPULATED

Dated: August 29, 2013

ARCHER NORRIS

_____
GailAnn Y. Stargardter
Andrew J. King
Attorneys for Plaintiff
American Alternative Insurance Corporation

Dated: August 26, 2013

THE LAW OFFICE OF NOËL M. FERRIS

_____
Noël M. Ferris, Esq.
THE LAW OFFICE OF NOËL M. FERRIS
1001 G Street, Suite 301
Sacramento, CA 95814
Attorneys for Defendants
John Joseph Smrekar and Elizabeth Smrekar

M0365002/1648802-1