1  GailAnn Y. Stargardter (Bar No. 250749)
   gstargardter@archernorris.com
2  Andrew J. King (Bar No. 253962)
   aking@archernorris.com
3  ARCHER NORRIS
   2033 North Main Street, Suite 800
4  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
5  Facsimile:     925.930.6620

6  Attorneys for Plaintiff
   AMERICAN ALTERNATIVE INSURANCE
7  CORPORATION

**IT IS SO ORDERED**
Judge Edward J. Davila
10/23/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL E. PANATTONI, an individual, CARRIE ANNE PANATTONI, an individual, and JOHN JOSEPH SMREKAR and ELIZABETH SMREKAR, husband and wife and the marital community comprised thereof,<br><br>Defendant. | Case No.  C 13-02845-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CHERYL E. PANATTONI, CARRIE ANNE PANATTONI, JOHN JOSEPH SMREKAR, AND ELIZABETH SMREKAR**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)]**<br><br>Complaint Filed:   June 20, 2013<br>Judge:                    Hon. Edward J. Davila |

CASE NO.  C 13-02845-EJD
NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff AMERICAN ALTERNATIVE INSURANCE CORPORATION hereby provides notice of its voluntary dismissal of the above-captioned action against defendants CHERYL E. PANATTONI, CARRIE ANNE PANATTONI, JOHN JOSEPH SMREKAR, and ELIZABETH SMREKAR, with prejudice, and without costs, pursuant to the terms of the parties' Settlement Agreement and Mutual Release. Defendants have not filed a responsive pleading in this action. The Clerk shall close this file.

Dated: October 22, 2013                    ARCHER NORRIS

                                           /s/ *Andrew J. King*
                                           GailAnn Y. Stargardter
                                           Andrew J. King
                                           Attorneys for Plaintiff
                                           AMERICAN ALTERNATIVE INSURANCE
                                           CORPORATION

M0365002/1687025-1