IT IS SO ORDERED

Judge Edward J. Davila

10/23/2013

GailAnn Y. Stargardter (Bar No. 250749)
gstargardter@archernorris.com
Andrew J. King (Bar No. 253962)
aking@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620

Attorneys for Plaintiff
AMERICAN ALTERNATIVE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL E. PANATTONI, an individual, CARRIE ANNE PANATTONI, an individual, and JOHN JOSEPH SMREKAR and ELIZABETH SMREKAR, husband and wife and the marital community comprised thereof,<br><br>Defendant. | Case No.  C 13-02845-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CHERYL E. PANATTONI, CARRIE ANNE PANATTONI, JOHN JOSEPH SMREKAR, AND ELIZABETH SMREKAR**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)]**<br><br>Complaint Filed:    June 20, 2013<br>Judge:                     Hon. Edward J. Davila |

CASE NO.  C 13-02845-EJD
NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff AMERICAN
2  ALTERNATIVE INSURANCE CORPORATION hereby provides notice of its voluntary
3  dismissal of the above-captioned action against defendants CHERYL E. PANATTONI, CARRIE
4  ANNE PANATTONI, JOHN JOSEPH SMREKAR, and ELIZABETH SMREKAR, with
5  prejudice, and without costs, pursuant to the terms of the parties' Settlement Agreement and
6  Mutual Release.  Defendants have not filed a responsive pleading in this action.
7  The Clerk shall close this file.
8  Dated: October 22, 2013                                    ARCHER NORRIS

10  /s/ *Andrew J. King*
    GailAnn Y. Stargardter
11  Andrew J. King
    Attorneys for Plaintiff
12  AMERICAN ALTERNATIVE INSURANCE
    CORPORATION

14  M0365002/1687025-1

                              2                CASE NO.  C 13-02845-EJD
                                               NOTICE OF VOLUNTARY DISMISSAL